UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

In re:                                            : CASE NO.: 12-10493-AJC
                                                  :
MARY E. TOLEDO,                                   : CHAPTER 7
                                                  :
    Debtor.                                       :
_____/

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

NOTICE IS GIVEN THAT:

( X )  The trustee has a balance of $ 335.33 remaining in the trustee's account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. §§726, 1226 or 1326 in a case under chapter 7, 12 or 13. The Trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( )  The trustee has a balance of $_____ remaining in the trustee's account which represents small dividends as defined by Bankruptcy Rule 3010.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

Notice is given that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

DATED: June 17, 2013.

                        ROBERT A. ANGUEIRA
                        Chapter 7 Trustee
                        6495 S.W. 24th Street
                        Miami, Florida 33155
                        Tel. (305) 263-3328
                        Fax (305) 263-6335
                        e-mail trustee@rabankruptcy.com

                        By _____
                        ROBERT A. ANGUEIRA
                        Chapter 7 Trustee
                        Florida Bar No. 0833241

| Claim No.: | Claimant Name: | Claimant Address: | Amount: |
|---|---|---|---|
| 10 | Sallie Mae | c/o Salle Mae Inc.<br>220 Lasley Avenue<br>Wilkes-Barre, PA 18706 | $ 335.33 |